## DAVIS et v RAWSON et

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 22, 1935

Paxton & Seasongood, Cincinnati, for plaintiffs in error.

Waite, Schindel & Bayless, Cincinnati, for Martha Rawson, defendant in error.

William R. Collins, Cincinnati, for defendant in error executor.

For full opinion see 5 OO 113; 51 Oh Ap 274.